Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015

Motion by Foursquare Labs, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the memorandum is accepted as filed.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015

Motion by Brennan Center for Justice at New York University School of Law et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted November 2, 2015; decided December 16, 2015

Motion by Dropbox, Inc., et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted November 9, 2015; decided December 17, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 944 (2015)]. Motion for poor person relief dismissed as academic.

AMY BRAUNSTEIN, Respondent, v DAVID J. BRAUNSTEIN, Appellant. (Action No. 1.)

Submitted November 9, 2015; decided December 17, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of LING CHEN, Appellant, v REUTERS AMERICA HOLDINGS, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted November 9, 2015; decided December 17, 2015

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 957 (2015)].

STEPHANE COSMAN CONNERY et al., Respondents, v BURTON S. SULTAN, Appellant.

Submitted November 16, 2015; decided December 17, 2015

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order as affirmed so much of the Supreme Court order as pertains to the motion in that court